## JONATHAN EASTMAN *versus* JOHN ANDERSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 192; (2) stricken from 1820 Calendar *p. 224; (3) continued *p. 225; (4) discontinued *p. 276.

PAPERS IN FILE: (1) Recognizance and precipe for habeas corpus; (2) writ of habeas corpus cum causa; (3) transcript of county court record; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit.

*Office Docket,* MS p. 138, c. 53. Recorded in *Book B,* MS pp. 11–16.